# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD RAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3177 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, sued in their individual and official capacities, MICHAEL KENNEY, sued in their individual and official capacities, LARRY WAYNE, sued in their individual and official capacities, SAMUAL SHAW, sued in their individual and official capacities, LANNETTE GRIFFEN-MACK, sued in their individual and official capacities, and HOLLY ROHDE, sued in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

  Plaintiff, a former inmate proceeding pro se, filed this action challenging the constitutionality of various prison regulations. The docket sheet for this case indicates that Plaintiff's address is the Nebraska State Penitentiary. However, Nebraska Department of Correctional Services public records show that Plaintiff was released from custody on January 25, 2016. *See [Stutzka v. McCarville, 420 F.3d 757, 761 n.2 (8th Cir. 2005)](#)* (court may take judicial notice of public records).

  The Local Rules of this court provide that an attorney must file and serve notice of a change of address during a pending case within 30 days, and "parties who proceed pro se are bound by and must comply with all local and federal procedural

rules." *See* NEGenR 1.3(e) & (g). Therefore, I shall order Plaintiff to notify the court of his new address on or before February 24, 2016, or this action shall be dismissed without prejudice and without further notice.

IT IS ORDERED that Plaintiff shall notify the court of his new address on or before February 24, 2016, or this action shall be dismissed without prejudice and without further notice.

DATED this 28th day of January, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge